BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00413-WBS |
| Plaintiff, | ORDER EXTENDING TIME |
| v. | |
| JOHN SHAUGHYNESSY, III, | |
| Defendant. | |

Pursuant to stipulation of the parties, it is hereby ordered that the hearing currently scheduled for April 14, 2014 at 9:30 a.m. is continued to April 21, 2014 at 9:30 a.m.  Additionally, the briefing schedule will be revised as follows:

    Appellee's brief:                      April 4, 2014

    Appellant's reply brief:           April 11, 2014

    IT IS SO ORDERED.

Dated:  March 11, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1