HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN SHAUGHNESSY, III

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. S 13-413 WBS |
| Plaintiff, | **STIPULATED REQUEST TO SUMMARILY REVERSE THE CONVICTION, VACATE THE SENTENCE AND REMAND TO THE MAGISTRATE COURT; [lodged] ORDER** |
| v. | |
| JOHN SHAUGHNESSY, III, | DATE: April 21, 2014 |
| Defendant. | TIME: 9:30 a.m. |
| | JUDGE: Hon. William B. Shubb |

Defendant, JOHN SHAUGHNESSY, III, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Special Assistant U.S. Attorney Peter M. Mularczyk, hereby request that this Court summarily reverse the conviction, vacate the sentence, and remand the case to the magistrate court.

///

///

///

///

///

///

///

Stipulation and Order Re:  Summary Reversal          1

The United States Attorney's Office, by and through its Chief of the Criminal Division and other senior attorneys, has reviewed this case and considered the novel legal issues raised on appeal, the imposition of non-criminal sanctions, and further collateral consequences. In light of these circumstances, the United States Attorney's Office believes that the interest of justice would best be served by summarily reversing the conviction, vacating the sentence, and remanding the case to the magistrate court.

Respectfully submitted,

Dated: April 3, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ *Peter M. Mularczyk*
PETER M. MULARCZYK
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: April 3, 2014

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
JOHN SHAUGHNESSY, III

**ORDER**

Pursuant to the parties' stipulation and good cause appearing therefor, the stipulated request of the parties is hereby **GRANTED**. The conviction is **REVERSED**, the sentence is **VACATED**, and the case is **REMANDED** to the assigned Magistrate Judge for further proceedings consistent with this Order. The oral argument set for April 21, 2014, is **VACATED**.

Dated:  April 4, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE