BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JOHN SHAUGHNESSY, III,  )<br>  )<br>     Defendant.  )<br>  )<br>  )<br>  )<br>  ) | CASE NO. 2:13-cr-00413-KJN<br>VIOLATION NO. 4077842/CA12<br><br>ORDER<br><br><br><br>DATE:  April 23, 2014<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Violation Number 4077842/CA12 with prejudice is GRANTED.

IT IS SO ORDERED.

Dated:  April 24, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1